IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIEFFER DWAYNE THOMAS                                                           PETITIONER

vs.                              CASE NO. **4:04cv00757 GH**
                                         **4:03cr00061GH**

UNITED STATES OF AMERICA                                                        RESPONDENT

### ORDER

On October 24, 2005, the Court entered judgment denying petitioner's 28 U.S.C. § 2255 motion to set aside, vacate, or correct sentence. On November 16, 2005, petitioner filed a notice of appeal and a motion for a certificate of appealability.

To grant a certificate of appealability, the Court must find a substantial showing of the denial of a federal constitutional right. See Tiedeman v. Benson, 122 F.3d 518, 522 (8th Cir.1997). The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000). See also Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). A substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings. Id. See also Cox v. Norris, 133 F.3d 565, 569-70 (8th Cir.1997). The Court finds that petitioner has not made a substantial showing of denial of a federal constitutional right.

Accordingly, the request for a certificate of appealability is denied.

IT IS SO ORDERED this 17th day of November, 2005.

_____
J. LEON HOLMES *for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE