### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:03CR00061-01 JLH | |
| KEIFFER DEWAYNE THOMAS | | DEFENDANT |

### ORDER

Keiffer Dewayne Thomas has filed a motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2). He requests that the Court modify his sentence based upon the retroactive application of the amendments to U.S.S.G. § 2D1.1 relating to crack cocaine offenses. Not every person sentenced for a crack cocaine offense is eligible for a sentence reduction. Only those persons currently serving a sentence determined or affected by a sentencing range calculated using the drug quantity table, U.S.S.G. § 2D1.1, are potentially eligible. Although Thomas was convicted of conspiracy to distribute and possession with intent to distribute crack cocaine, his guideline sentencing range was not based upon the drug quantity table in U.S.S.G. § 2D1.1. Thomas was found to be a career offender, and his sentencing range was based on U.S.S.G. § 4B1.1(b), which provides the offense level for career offenders. Because Thomas's sentencing guideline level was not determined by or affected by the drug quantity table in U.S.S.G. § 2D1.1, he is not eligible for a sentence reduction based on the amendments to the drug quantity table that are now retroactive.

Thomas's motion to modify his sentence is DENIED. Document #110.

IT IS SO ORDERED this 1st day of April, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE